IN THE SUPREME COURT OF ALABAMA
January 30, 2020

2020 FEB -3 A II: 31

U.S. DISTRICT COURT
N.D. OF ALABAMA

1071037

Ex parte Nathaniel Woods. MISCELLANEOUS CRIMINAL PETITION (In re: Nathaniel Woods v. State of Alabama) (Jefferson Circuit Court: CC-04-4133; CC-04-4134; CC-04-4135; CC-04-4384; Criminal Appeals: CR-05-0448).

ORDER

The State of Alabama having filed a motion to set an execution date, and the same having been submitted and duly considered by the Court, it is considered that the motion to set an execution date is due to be GRANTED.

IT IS NOW ORDERED that Thursday, March 5, 2020, be fixed as the date for the execution of the convict, Nathaniel Woods, who is now confined in the William C. Holman Unit of the Prison System at Atmore, Alabama.

IT IS, THEREFORE, ORDERED that the Warden of the William C. Holman Unit of the prison system at Atmore in Escambia County, Alabama, execute the order, judgment and sentence of law on March 5, 2020, in the William C. Holman Unit of the prison system, by the means provided by law, causing the death of such convict.

IT IS FURTHER ORDERED that the Marshal of this Court shall deliver, within five (5) days from this date, a certified copy of this order to the Warden of the William C. Holman Unit of the prison system at Atmore, in Escambia County, Alabama, and make due return thereon to this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this order to the following: the Governor of Alabama, the Clerk of the Court of Criminal Appeals, the Attorney General of Alabama, the Commissioner of the Alabama Department of Corrections, the attorney of record for Nathaniel Woods, the Clerk of the United States District Court for the Northern District of Alabama, the Clerk of the United States Court of Appeals for the Eleventh Circuit, the Clerk of the United States Supreme

1071037

and the Clerk of the Circuit Court of Jefferson County, Alabama, electronically or by United States mail, postage prepaid.

**Parker, C.J., and Bolin, Shaw, Bryan, Sellers, Mendheim, Stewart, and Mitchell, JJ., concur.**

**Wise, J., recuses.**

\* \* \* \* \* \* \* \* \*

I, Julia Jordan Weller, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true and correct copy of the judgment and order of the Supreme Court of Alabama directing the execution of the death sentence of Nathaniel Woods as the same appears of record in this Court.

Given under my hand and the seal of this Court on this date, January 30, 2020.

Julia Jordan Weller
Clerk
Supreme Court of Alabama





SUPREME COURT OF ALABAMA
300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7008 2810 0000 3704 4347

FEB 03 2020
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

SECURITY

Clerk of Court
Unites States District Court
Northern District of Alabama
1729 5th Avenue North
Birmingham, AL 35203

U.S. POSTAGE PAID
FCM LETTER
MONTGOMERY, AL
36104
JAN 30, 20
AMOUNT
$6.95
R2305E125574-11